UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JIM O'DAY,

                       **Plaintiff,**                 **24-CV-05771 (VSB) (VF)**

    -against-                                           **ORDER**

NTT DATA AMERICAS, INC,
and NTT DATA SERVICES, LLC

                       **Defendants.**

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

    In light of the parties' representation at ECF No. 27, the parties are directed to file a joint status update by **November 14, 2025**.

                 **SO ORDERED.**

DATED:    New York, New York
                November 5, 2025

                                                          _____
                                                           VALERIE FIGUEREDO
                                                           United States Magistrate Judge